IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM H. HOGAN,

    Plaintiff,

  VS.

3M COMPANY, formerly known as
Minnesota Mining and Manufacturing Company, et al,

    Defendants.                NO. 11-CV-945-DRH

**O R D E R**

**HERNDON, Chief Judge**

Pursuant to **28 U.S.C. §455**, the undersigned judge hereby **RECUSES** himself from further proceeding in the above-entitled matter. Through random draw, the Clerk of the Court has reassigned this matter to United States District Judge J. Phil Gilbert. All further documents filed in this matter shall bear case number **11-CV-945-JPG.**

    **IT IS SO ORDERED.**

**DATED:** October 24, 2011

*/s/ David R. Herndon*

David R. Herndon
2011.10.24
09:22:18 -05'00'

CHIEF JUDGE
U.S. DISTRICT COURT